| | |
|---|---|
| 1 | VENABLE LLP |
| | Alper T. Ertas (SBN 264120) |
| 2 | William A. Hector (SBN 298490) |
| | Email:  ATErtas@venable.com |
| 3 | WAHector@venable.com |
| | 101 California Street, Suite 3800 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 653-3750 |
| 5 | Facsimile: (415) 653-3755 |

*Attorneys for Defendant*
*NISENE TECHNOLOGY GROUP, INC.*

PAYNE IP LAW
Robert Warren Payne (SBN 73901)
Email: payne@bobpayne.com
111 N. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 981-4293
Facsimile: (415) 653-3755

*Attorney for Plaintiff*
*RKD ENGINEERING CORPORATION, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RKD ENGINEERING CORPORATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>NISENE TECHNOLOGY GROUP, INC.<br><br>Defendant. | CASE NO. 4:18-cv-04321-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE MOTION TO STRIKE PLAINTIFF'S INEQUITABLE CONDUCT DEFENSE AND AMEND ANSWER PURSUANT TO CIV. L.R. 6-1(B); ORDER**<br><br>Action Filed: July 17, 2018 |

Pursuant to Civil Local Rule 6-1(b), Defendant Nisene Technology Group, Inc. ("Nisene") and Plaintiff RKD Engineering Corporation, Inc. ("RKD Engineering"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, RKD Engineering filed and served its Answer to Nisene's counterclaims on August 15, 2018;

WHEREAS, RKD Engineering included an affirmative defense of inequitable conduct in its Answer to Nisene's counterclaims;

WHEREAS, Nisene currently has until November 2, 2018, to file a motion to strike RKD Engineering's inequitable conduct defense, and RKD Engineering has until November 2, 2018 to amend its answer as a matter of course pursuant to Rule 15(1)(A) of the Federal Rules of Civil Procedure;

WHEREAS, the parties are discussing in good faith whether RKD Engineering will amend its Answer, eliminating the need to file a motion to strike RKD Engineering's inequitable conduct defense;

WHEREAS, Nisene has requested, and RKD Engineering has agreed to allow Nisene, an extension of time until December 1, 2018, to file a motion to strike RKD Engineering's inequitable conduct defense;

WHEREAS, RKD Engineering has requested, and Nisene has agreed to allow RKD Engineering, an extension of time until December 1, 2018, to amend RKD Engineering's Answer for the purpose of removing the inequitable conduct defense;

WHEREAS, said additional time for the Parties to resolve this issue will not alter the date of any other event or deadline already fixed by Court order; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Nisene will have until December 1, 2018, to file a motion to strike RKD Engineering's inequitable conduct defense, and RKD Engineering will have until December 1, 2018, to amend the Answer to remove the inequitable conduct defense.

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

Dated: November 2, 2018       VENABLE LLP

By:    */s/ Alper T. Ertas*
        Alper T. Ertas

*Attorneys for Defendant*
*NISENE TECHNOLOGY GROUP, INC.*

Dated: November 2, 2018       PAYNE IP LAW

By:    */s/ Robert W. Payne*
        Robert W. Payne

*Attorney for Plaintiff*
*RKD ENGINEERING CORPORATION, INC.*

### Attestation Regarding Signatures

I, Alper T. Ertas, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 2, 2018       VENABLE LLP

By:    */s/ Alper T. Ertas*
        Alper T. Ertas

*Attorney for Defendant*
*NISENE TECHNOLOGY GROUP, INC.*

JOINT STIPULATION EXTENDING TIME TO FILE MOTION TO STRIKE PLAINTIFF'S INEQUITABLE CONDUCT DEFENSE AND AMEND ANSWER; ORDER     CASE NO.: 4-18-CV-04321

# ORDER

Pursuant to stipulation and for good cause showing, the Court orders that the deadlines for Nisene to file a motion to strike RKD Engineering's inequitable conduct defense and for RKD Engineering to amend the Answer to remove the inequitable conduct defense are extended to December 1, 2018.

IT IS SO ORDERED.

Dated: November 2, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge