| | |
|---|---|
| Robert W. Payne, Esq. (Bar No. 73901) | VENABLE LLP |
| PAYNE IP LAW | Alper T. Ertas (SBN 2641200 |
| 111 N. Market Street, Suite 300 | William A. Hector (SBN 298490) |
| San Jose, CA 95113 | 101 California Street, Suite 3800 |
| (408) 981-4293 | San Francisco, CA 94111 |
| Email: payne@bobpayne.com | (415) 653-3750 |
| | Email: ATErtas@venable.com |
| Attorney for Plaintiff/Counterdefendant | Attorneys for Defendant/Counterclaimant |
| RKD ENGINEERING, INC. | NISENE TECHNOLOGY GROUP, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

RKD ENGINEERING, INC.,  )
                                                    ) Case Number: 18-cv-04321 HSG
    vs.                                                )
                                                   )
NISENE TECHNOLOGY GROUP, INC.,  ) **STIPULATION RE EXTENSIONS OF**
                                                   ) **TIME**
_____ )
NISENE TECHNOLOGY GROUP, INC., )
                                                   )
    vs.                                                )
RKD ENGINEERING, INC.,                     )
                                                   )
_____ )

        Pursuant to Civil Local Rule 6-1(b), Defendant Nisene Technology Group, Inc. ("Nisene") and Plaintiff RKD Engineering Corporation, Inc. ("RKD Engineering"), by and through their respective counsel of record, hereby stipulate as follows:

        WHEREAS, a settlement conference is scheduled for January 18, 2019;

        WHEREAS, the parties wish to ensure sufficient time to comply with the Patent Local Rules after the settlement conference, in contemplation that compliance will either be

1 unnecessary or that work to comply should be delayed until after completion of the settlement

2 conference;

3     WHEREAS, no delay will result in the schedule for completion of claim construction

4 discovery, claim construction briefing, the claim construction hearing or any dates after claim

5 construction;

6     NOW, THEREFORE, the parties stipulate that the scheduling set forth in the Scheduling

7 Order (Dkt #27) shall be amended and certain dates extended and set as follows:

| Action | Date |
| --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions, with Corresponding Document Production per Patent L.R. 3-1 and 3-2 | March 4, 2019 |
| Invalidity Contentions, with Corresponding Document Production per Patent L.R. 3-3 and 3-4 | March 25, 2019 |
| Exchange of Proposed Terms for Claim Construction per L.R. 4-1 | April 5, 2019 |
| Exchange of Preliminary Constructions and Production of Extrinsic Evidence per Patent L.R. 4-2 | April 26, 2019 |
| Damages Contentions per Patent L.R. 3-8 | May 3, 2019 |
| Joint Claim Construction and Pre-hearing Statement per Patent L.R. 4-3 | May 10, 2019 |
| Claim Construction Discovery Cut-Off per Patent L.R. 4-4 | June 7, 2019 |
| Opening Claim Construction Brief | June 28, 2019 |
| Responsive Claim Construction Brief | July 12, 2019 |
| Reply to Claim Construction Brief | July 19, 2019 |
| Technology Tutorial | August 9, 2019 at 10:00 a.m. |
| Claim Construction Hearing | August 16, 2019 at 3:00 p.m. |

**IT IS SO STIPULATED**.

                                      Respectfully submitted,

Dated: January 7, 2019                 VENABLE LLP

                                      By: */s/ Alper Ertas*
                                           Alper Ertas
                                           Attorneys for Defendant

Dated: January 7, 2019          PAYNE IP LAW

                                            By:  */s/ Robert W. Payne*
                                                   Robert W. Payne
                                                   Attorney for Plaintiff

## CERTIFICATE OF SIGNATURE AUTHORIZATION

Pursuant to Section 5-1(i)(3) of the United States District Court for the Northern District of California's Local Rules, I hereby certify that the content of the foregoing Stipulation re Extensions of Time is acceptable to Alper Ertas, counsel for Defendant Nisene Technology Group, and that I have obtained Mr. Ertas authorization to affix his electronic signature to this document.

Dated: January 4, 2019          By: */s/Robert W. Payne*
                                                      Robert W. Payne
                                                      Attorney for Plaintiff

## ORDER

Pursuant to stipulation, it is so **ORDERED**.

Date: <u>January 7, 2019</u>

                                                 HAYWOOD S. GILLIAM, JR.
                                                   United States District Judge